**No. 10-5159. Marion Edward Pearson, Jr., Petitioner v. Alvin W. Keller, Secretary, North Carolina Department of Correction, et al.**

562 U.S. 907, 131 S. Ct. 251, 178 L. Ed. 2d 166, 2010 U.S. LEXIS 7119.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 371 Fed. Appx. 442.